# United States Court of Appeals
## For the First Circuit

Nos. 18-1916

UNITED STATES OF AMERICA,

Appellee,

v.

VAUGHN LEWIS,

Defendant, Appellant.

**ERRATA SHEET**

The concurring opinion of Torruella and Thompson, <u>Circuit Judges</u>, issued on June 16, 2020, is amended as follows:

On page 28 lines 9-12, change:

"Unlike the Guidelines themselves, however, commentary to the Guidelines never passes through the gauntlets of congressional review or notice and comment." Id. at 386.

To:

Unlike the Guidelines themselves, however, commentary to the Guidelines is not required to pass through the gauntlets of congressional review or notice and comment. <u>See</u> <u>id.</u> at 386.